

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-15-00646-CR

Jimmy Rodgers **WHARTON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14443
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On March 17, 2016, counsel filed a "Motion to Withdraw as Appellate Counsel and Abate Current Appellate Proceedings or in the Alternative Grant a Third Motion to Extend Time to File Appellant's Brief Such That New Appellate Counsel May Be Appointed." Counsel requested that we abate the appeal to the trial court so that the trial court may determine whether counsel's motion to withdraw should be granted, and if so, appoint new appellate counsel.

On March 24, 2016, we abated the appeal to the trial court to rule on counsel's motion to withdraw as appellate counsel. On April 7, 2016, the trial court clerk filed a supplemental clerk's record containing the trial court's order granting counsel's motion to withdraw and appointing new appellate counsel. Accordingly, we REINSTATE the appeal on this court's docket. Appellant's brief is due 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.



Keith E. Hottle
Clerk of Court